Second Department. November 16, 1906.) Action by Mary J. Bender against Eva Burns Lee, impleaded with others. No opinion. Judgment unanimously affirmed, with costs.

BENNETT, Respondent, v. LONG ISLAND ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by William S. Bennett against the Long Island Electric Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

BERG, Respondent, v. WHALEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 16, 1906.) Action by William J. Berg, etc., against John L. Whalen and Robert T. Whalen, etc. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

BERGER, Respondent, v. WEIDENFELD, Appellant (two cases). (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Maurice Berger against Camille Weidenfeld. W. K. Barton, for appellant. P. K. Deane, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BERLINER, Appellant, v. BOWERY SAVINGS BANK et al., Respondents. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Isidor Berliner against the Bowery Savings Bank and another. A. B. Schleimer, for appellant. A. Steckler, for respondents. No opinion. Order affirmed, with $10 costs and disbursements to the respondent Berliner. Order filed.

BERNSTEIN v. FLEAT. (Supreme Court, Appellate Division, First Department. December 14, 1906.) Action by Louis Bernstein against Chapin S. Fleat. No opinion. Motion denied, with $10 costs. Order filed.

BETTS et al., Appellants, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Clara P. Betts and another against the state of New York.

PER CURIAM. Judgment affirmed, with costs.

PARKER, P. J., not voting.

BICKERSTAFF v. SHUBERT et al. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Rowland M. Bickerstaff against Lee Shubert and others. J. Cantor, for appellant. J. Klein, for respondents. No opinion. Order modified by requiring payment of all costs to the time of amendment, and, as modified, affirmed, without costs. Settle order on notice.

BINGHAM, Respondent, v. THOMPSON–STARRETT Co., Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1906.) Action by Michael Bingham against the Thompson-Starrett Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re BISSELL, METCALF & RILEY. (Supreme Court, Appellate Division, Fourth Department, December 28, 1906.) In the matter of the petition of Bissell, Metcalf & Riley to determine and enforce lien.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, upon the exceptions to the admission of evidence.

SPRING, J., dissents.

BLAUSTEIN, Respondent, v. DRY DOCK, E. B. & B. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Joseph Blaustein, as administrator, against the Dry Dock, East Broadway & Battery Railroad Company. E. D. O'Brien, for appellant. M. Feltenstein, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

BLEWETT et al. v. HOYT et al. (Supreme Court, Appellate Division, First Department. December 7, 1906.) Action by Edward Blewett and others against Colgate Hoyt and others. No opinion. Motion granted for the purpose of allowing appellant to apply in the court below for a resettlement of the case. Order filed.

BLOUNT, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1906.) Action by Ira Blount, as administrator, etc., of Ira F. Blount, deceased, against the city of Troy. No opinion. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $3,500, in which case the judgment as so reduced and order affirmed, without costs.

In re BOARD OF RAPID TRANSIT COM'RS FOR CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) In the matter of the application of the board of rapid transit commissioners for the city of New York for the appointment of three commissioners, etc., Brooklyn, Manhattan & Long Island City Route. No opinion. Motion granted, and newspapers designated.

In re BOHMBACH. (Supreme Court, Appellate Division, Second Department. October 30, 1906.) In the matter of John Bohmbach. Order affirmed, without costs. No opinion.

BOHMERT et al. v. TOWER MFG. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by William R. Bohmert and another against the Tower Manufacturing Company. No opinion. Motion denied, without costs. Order filed.

BOHMERT et al., Respondents, v. TOWER MFG. & NOVELTY CO., Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by John R. Bohmert and others against the Tower